## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

BERKSHIRE BANK,

        Plaintiff,

v.

        Case No. 2:24-cv-10465
        District Judge Robert J. White
        Magistrate Judge Kimberly G. Altman

RED SKYS LLC, DENNIS J. BELL,
LISA A. BELL, DAVID M. DOAK,
JACQUELINE S. DOAK,
and CITIZENS BANK, N.A.,

        Defendants.

_____/

## ORDER ADMINISTRATIVELY STAYING PROCEEDINGS ONLY AS TO DEFENDANTS DAVID DOAK AND JACQUELINE DOAK ONLY DUE TO BANKRUPTCY FILING

This is a breach of note and guaranty action over real property.  (ECF No. 1).  Pretrial proceedings have been referred to the undersigned.  (ECF No. 37).  On August 16, 2024, defendants David Doak and Jacqueline Doak filed a Suggestion of Bankruptcy and Notice of Automatic Stay (Notice).  (ECF No. 46).  The Notice states that the Doaks filed a voluntary bankruptcy petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Michigan (Case No. 24-47933-mlo).  (*Id*.).  Under 11 U.S.C. §362, the filing of David and Jacqueline Doak's petition operates as an automatic stay as to the claims against them in this matter.

Accordingly,

**IT IS ORDERED** that this action is ADMINISTRATIVELY STATED only as to defendants David Doak and Jacqueline Doak.[1]  The stay does not otherwise impact these proceedings.

**IT IS FURTHER ORDERED** that if the bankruptcy proceedings are terminated or the automatic stay is lifted with reference to the instant matter by the bankruptcy court, then the stay may be lifted upon the motion of any party.

SO ORDERED.

Dated: August 21, 2024                    s/Kimberly G. Altman
Detroit, Michigan                           KIMBERLY G. ALTMAN
                                                  United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 21, 2024.

s/Julie Owens
JULIE OWENS
Case Manager

---

[1] The stay includes the pending motion for default judgment against the Doaks. *See* ECF No. 36.