UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BERKSHIRE BANK,

    Plaintiff,

v.

RED SKYS LLC, et al.,

    Defendants.

Case No. 24-cv-10465

Honorable Robert J. White
Magistrate Judge Kimberly G. Altman

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT CITIZENS BANK, N.A.**

Before the Court is Magistrate Judge Kimberly G. Altman's December 6, 2024 report and recommendation. (ECF No. 48). The report recommended that the Court grant Berkshire Bank's motion for default judgment against Citizen's Bank, N.A. (ECF No. 35). None of the parties objected to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review the matter and believes that the magistrate judge reached the correct conclusions for the appropriate reasons. Accordingly,

IT IS ORDERED that the magistrate judge's December 6, 2024 report and recommendation (ECF No. 48) is hereby accepted and adopted.

IT IS FURTHER ORDERED that Berkshire Bank's motion for default judgment against Citizen's Bank, N.A. (ECF No. 35) is granted.

IT IS FURTHER ORDERED that a judgment shall be entered against Citizen's Bank, N.A. in the form attached as "Exhibit A" to the December 6, 2024 report and recommendation.

Dated: December 30, 2024              s/Robert J. White
                                                        Robert J. White
                                                        United States District Judge