UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BERKSHIRE BANK,<br><br>    Plaintiff,<br><br>v.<br><br>RED SKYS LLC, et al.,<br><br>    Defendants. | Case No. 24-cv-10465<br><br>Honorable Robert J. White<br>Magistrate Judge Kimberly G. Altman |

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST THE DOAK DEFENDANTS WITHOUT PREJUDICE**

Before the Court is Magistrate Judge Kimberly G. Altman's January 13, 2025 report and recommendation. (ECF No. 52). The report recommended that the Court deny Berkshire Bank's motion for default judgment against David M. Doak and Jacqueline S. Doak. (ECF No. 36). None of the parties objected to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).[1]

---

[1] Berkshire Bank has since renewed its motion for default judgment against the Doak Defendants after obtaining relief from the automatic stay issued in their Chapter 7 bankruptcy proceeding. (ECF No. 53, PageID.307; ECF No. 53-5, PageID.362-63). This order should in no way be construed as addressing the merits of that pending motion.

The Court had an opportunity to fully review the matter and believes that the magistrate judge reached the correct conclusions for the appropriate reasons. Accordingly,

IT IS ORDERED that the magistrate judge's January 13, 2025 report and recommendation (ECF No. 52) is hereby accepted and adopted.

IT IS FURTHER ORDERED that Berkshire Bank's motion for default judgment against the Doak Defendants (ECF No. 36) is denied without prejudice.

Dated: January 28, 2025

s/ Robert J. White
Robert J. White
United States District Judge