UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BERKSHIRE BANK,

    Plaintiff,

v.

RED SKYS LLC, et al.,

    Defendants.

Case No. 24-cv-10465

Honorable Robert J. White
Magistrate Judge Kimberly G. Altman

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST THE DOAK DEFENDANTS**

Before the Court is Magistrate Judge Kimberly G. Altman's February 18, 2025 report and recommendation. (ECF No. 57). The report recommended that the Court grant Berkshire Bank's motion for default judgment against David M. Doak and Jacqueline S. Doak. (ECF No. 53). None of the parties objected to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review the matter and believes that the magistrate judge reached the correct conclusions for the appropriate reasons. Accordingly,

IT IS ORDERED that the magistrate judge's February 18, 2025 report and recommendation (ECF No. 57) is hereby accepted and adopted.

IT IS FURTHER ORDERED that Berkshire Bank's motion for default judgment against the Doak Defendants (ECF No. 53) is granted.

Dated: May 1, 2025                           s/ Robert J. White
                                             Robert J. White
                                             United States District Judge