UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BERKSHIRE BANK,<br><br>    Plaintiff,<br><br>v.<br><br>RED SKYS LLC, et al.,<br><br>    Defendants. | Case No. 24-cv-10465<br><br>Honorable Robert J. White |

### JUDGMENT AGAINST DAVID M. DOAK AND JACQUELINE S. DOAK

This matter having come before the Court upon the Motion for Default Judgment filed by Plaintiff Berkshire Bank ("Plaintiff") and the record, and upon this Court's finding that Defendants David M. Doak and Jacqueline S. Doak have failed to plead or otherwise defend in this action, the Clerk of Court having entered default against Defendants David M. Doak and Jacqueline S. Doak on July 10, 2024 (ECF No. 32; ECF No. 33) the Court GRANTS the motion for default judgment. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED by the United States District Court for the Eastern District of Michigan that judgment by default be entered in this action in favor of Plaintiff against Defendants David M. Doak and Jacqueline S. Doak as follows:

1. Final judgment is hereby entered against Defendants David M. Doak and Jacqueline S. Doak, jointly and severally, and in favor of Plaintiff on the Third and Fourth Causes of Action in the Complaint (Breach of Contract on Guaranty as to David M. Doak and Jacqueline S. Doak, respectively) in the sum of $609,228.63 plus per diem interest at the rate of $148.22 from January 21, 2025, through judgment; post-judgment interest from the date of judgment through payment in full; $48,914.17 in attorneys' fees and costs through January 22, 2025; and fees and costs incurred thereafter through payment in full.

Dated: May 19, 2025

s/Robert J. White  
Robert J. White  
United States District Judge