UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BERKSHIRE BANK,

    Plaintiff,

v.

DENNIS J. BELL, et al.,

    Defendants.

Case No. 24-cv-10465

Honorable Robert J. White
Magistrate Judge Kimberly G. Altman

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT OF FORECLOSURE AS TO DAVID M. DOAK AND JACQUELINE S. DOAK (ECF No. 64)**

Before the Court is Magistrate Judge Kimberly G. Altman's August 19, 2025 report and recommendation. (ECF No. 68). The report recommended that the Court grant Berkshire Bank's motion for default judgment of foreclosure against David M. Doak and Jacqueline S. Doak. (ECF No. 64). None of the parties objected to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review the matter and believes that the magistrate judge reached the correct conclusions for the appropriate reasons. Accordingly,

IT IS ORDERED that the magistrate judge's August 19, 2025 report and recommendation (ECF No. 68) is hereby accepted and adopted.

IT IS FURTHER ORDERED that Berkshire Bank's motion for default judgment of foreclosure against the Doak Defendants (ECF No. 64) is granted.

Dated: September 10, 2025                     s/ Robert J. White
                                                                                               Robert J. White
                                                                                               United States District Judge