UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BERKSHIRE BANK,<br><br>    Plaintiff,<br><br>v.<br><br>RED SKYS LLC, et al.,<br><br>    Defendants. | Case No. 24-cv-10465<br><br>Honorable Robert J. White |

**JUDGMENT AGAINST DEFENDANTS DAVID M. DOAK AND JACQUELINE S. DOAK**

This matter having come before the Court upon the Motion for Default Judgment (the "Motion") filed by Plaintiff Berkshire Bank ("Plaintiff"), the exhibits attached in support of the Motion, and the record, and upon this Court's finding that Defendants, David M. Doak and Jacqueline S. Doak (collectively, the "Doaks"), have failed to plead or otherwise defend in this action, the Clerk of Court having entered default against the Doaks on July 10, 2024 [ECF Nos. 32, 33] this Court GRANTS the Motion. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED by the United States District Court for the Eastern District of Michigan that judgment by default be entered in this action in favor of Plaintiff and against the Doaks as follows:

1. The Mortgage dated October 19, 2021, executed by the Doaks and Lisa A. Bell f/k/a Lisa Spear in favor of Plaintiff, and recorded with the Register of Deeds of Macomb County, Michigan as Instrument No. 202102261842 (the "Mortgage") is a valid and enforceable lien on the Doaks' interest in the real property located at 53221 Spurry Lane, New Baltimore, MI 48051 (the "Spurry Property").

2. Final judgment is hereby entered in favor of Plaintiff and against the Doaks on the Eighth Cause of Action in the Complaint (Foreclosure of the Mortgage) for foreclosure of the Mortgage against the Spurry Property.

3. The amount owed to Plaintiff and secured by the Spurry Property, as of July 21, 2025 is $635,907.58, plus interest and applicable attorneys' fees and allowable costs, including insurance and property taxes, paid between the entry of judgment and the confirmation of sale.

4. If the judgment amount is not paid in full within twenty-one (21) days from the date of this Judgment, the Mortgage shall be foreclosed upon the Spurry Property, and the Spurry Property shall be sold to satisfy this Judgment with interest thereon and costs and expenses of such sale at a public auction by or under the direction of the Macomb County Sheriff's Office (the "Sheriff's Office").

5. Plaintiff or the Sheriff's Office shall give public notice of the sale in accordance with the rules of the Court and MCL 600.3101, *et seq.*, MCL 600.3125, MCL 600.6052, and MCL 600.6091.

6. Plaintiff or any of the parties to this suit may purchase the Spurry Property at the foreclosure sale. Any bid by Plaintiff at the foreclosure sale shall be deemed to be a credit bid against and up to the total amount of indebtedness owed in connection with the Mortgage. The sale proceeds shall be applied first to payment of the expenses of the sale including, but not limited to, fees for posting and advertising, recording fees, and transfer taxes (if any) incident to the recording of the sheriff's deed, and then to payment to Plaintiff of the indebtedness and any additional amounts due to Plaintiff.

7. The Sheriff's Office shall execute a deed to the purchaser at the time of the sale and shall also execute a Sheriff's Report of Sale setting forth the particulars of the sale and that Plaintiff, if it so elects, or the successful purchaser, may notice the Report of the Sale for confirmation by the Court.

8. The Sheriff's Office shall promptly return the executed deed and Report of Sale to the purchaser so that the purchaser can record the deed within 20 days of the date of sale, in compliance with MCL 600.3130(2).

9. The Doaks and anyone claiming under or through them shall be barred from all equity or right of redemption, six (6) months after the date of sale, unless the Spurry Property is redeemed prior to that date. The purchaser at the sale shall be entitled to possession of the Spurry Property after expiration of the redemption

period upon presentation of the deed and a copy of the Order Confirming Report of Sale.

10. Any sums paid for the payment of hazard insurance and taxes assessed against the Spurry Property may be added to the amount of this Judgment or the redemption amount following MCL 600.3145.

11. Plaintiff, if it so elects, may file a post-judgment motion to confirm any future foreclosure sale, as required by law.

SO ORDERED.

Dated: September 19, 2025               s/Robert J. White
                                                     Robert J. White
                                                     United States District Judge